■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY WILLIAMS, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Lott, J.), imposed April 18, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Santucci, Angiolillo and Eng, JJ., concur.